IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY WHIPPERMAN and<br>BYRON WHIPPERMAN, w/h | : <br> : | Civil Action No. 1:23-cv-01620 |
| *Plaintiffs,* | : | |
| vs. | : <br> : | |
| ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY | : <br> : | |
| *Defendant.* | : | |

## NOTICE TO DISMISS

TO THE CLERK OF COURTS:

Pursuant to Federal Rule of Civil Procedure 41(a), kindly mark the above-captioned matter settled, discontinued, and ended with prejudice.

Respectfully submitted,

**SWARTZ CULLETON PC**

By: /s/ Maria K. McGinty-Ferris
Maria K. McGinty-Ferris, Esquire
Attorney I.D. 92868
547 E. Washington Avenue
Newtown, PA 18940
T: (215) 550-6553/F: (215) 550-6557
Attorney for Plaintiffs,
Mary Whipperman and
Byron Whipperman

Date: December 18, 2023